```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 13137
   TIMOTHY ANDREW CHEAURE
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3639
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/23/08 .

   2.  The case was dismissed without confirmation, 07/25/2008.

---

```
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                                PAID             PAID
```
---

         Summary of disbursements:
---

```
                        SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
---
TOTAL CLMS ALLOWED          .00         .00         .00          .00            .00
PRINCIPAL PAID              .00         .00         .00          .00            .00
INTEREST PAID               .00         .00         .00          .00            .00
TOTAL PAID                  .00         .00         .00          .00            .00
```
The Debtor's attorney, ERIC G ZELAZNY & ASSOC        , was allowed $         .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .


   Dated: 10/09/08              /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE

```
                              PAGE   2
       CASE NO. 08 B 13137 TIMOTHY ANDREW CHEAURE
```